*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KISOR, ATTANASIO, and HARRELL
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Stefon M. SMALL**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202400081**

_____

Decided: 27 May 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Derek A. Poteet (Arraignment)
Andrea C. Goode (Motions)
Douglas C. Hatch (Trial)

Sentence adjudged 27 November 2023 by a general court-martial convened at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, forfeiture of all pay and allowances, confinement for twelve months, and a dishonorable discharge.

For Appellant:
*Lieutenant Raymond E. Bilter, JAGC, USN*

———————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

However, we note that the Entry of Judgment does not comply with Rule for Courts-Martial (R.C.M.) 1111(b)(1) and our decision in *United States v. Wadaa* in that it fails to include the dates alleged in the specifications.[2] Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[3] In accordance with R.C.M. 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice (UCMJ), 10 U.S.C. §§ 859, 866.

[2] 84 M.J. 652, 655 (N-M. Ct. Crim. App. 2024).

[3] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202400081 |
| **v.** | **ENTRY OF JUDGMENT** |
| **Stefon M. SMALL**<br>**Lance Corporal (E-3)**<br>**U.S. Marine Corps**<br>*Accused* | *As Modified on Appeal*<br>**27 May 2025** |

On 27 November 2023, the Accused was tried at Marine Corps Base Camp Pendleton, California, by a general court-martial, consisting of a military judge sitting alone. Military Judge Douglas C. Hatch presided.

## FINDINGS

The following are Lance Corporal Small's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge:** **Violation of Article 120, Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 920.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 1:** **Abusive sexual contact without the consent of the other person on or about 23 October 2021.**

*Plea:* Not Guilty.
*Finding:* Withdrawn and dismissed.

**Specification 2:** **Abusive sexual contact without the consent of the other person on or about 24 October 2021.**

*Plea:* Not Guilty.
*Finding:* Withdrawn and dismissed.

**Specification 3:** **Abusive sexual contact without the consent of the other person on or about 23 January 2022.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 4:** **Abusive sexual contact without the consent of the other person on or about 12 February 2022.**

*Plea:* Guilty.

*Finding:* Guilty.

## SENTENCE

On 27 November 2023, a military judge sentenced Lance Corporal Small to the following:

**Confinement for a total of 12 months.**

*Specification 3 of the Charge: confinement for twelve months.*

*Specification 4 of the Charge: confinement for twelve months.*

*All periods of confinement shall run concurrently.*

**Dishonorable discharge.**

**Forfeiture of all pay and allowances.**

**Reduction to E-1.**

FOR THE COURT:

MARK K. JAMISON
Clerk of Court